# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0354. WILEY v. KENNON REALTY SERVICES, INC.**

On October 2, 2019, this Court granted Joseph Wiley, Jr.'s motion for an extension of time in which to file his appellate brief. The appellant's brief was due October 15, 2019. As of the date of this order, Wiley has not filed a brief, nor has he requested an additional extension of time in which to do so. See Court of Appeals Rule 16 (b). Accordingly, Wiley's appeal is deemed abandoned and is hereby ordered DISMISSED. See Court of Appeals Rule 7, 16 (b), 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/22/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*